UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:97-CR-00137-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES EDWARD JOHNSON | ) | |

This matter is before the court on defendant's letter filed 13 December 2013. (DE # 38.) In the letter, defendant appears to complain about the charges pending against him in Wake County District Court and the federal detainer which has been lodged with the state authorities apparently as a result of those charges. To the extent the letter could be deemed a motion requesting that the court take some action in regards to the state charges against defendant, it is DENIED because this court has no authority to order any relief in a pending state criminal proceeding. To the extent the letter could be deemed a motion requesting that the federal detainer be removed, it is DENIED.

This 28 January 2014.

_____
W. Earl Britt
Senior U.S. District Judge