UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:97-CR-00137-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES EDWARD JOHNSON | ) | |

This matter is before the court on defendant's letter filed 24 April 2015. (DE # 64.) In the letter, defendant requests the court's assistance to ensure the Bureau of Prisons credits his sentence of imprisonment with 18 months for his state incarceration. When the court revoked defendant's supervised release term for engaging in criminal conduct, the court stated in relevant part:

> The defendant is committed to the custody of Bureau of Prisons for imprisonment for a term of 42 months.
> This is the 60 months maximum term that's required as set forth in the statute. The Court is giving him credit for 18 months on the sentence that he served before.

(12/1/14 Tr., DE # 60, at 7.) Accordingly, the 18-month credit is reflected in defendant's sentence of 42 months imprisonment. To the extent the letter could be deemed a motion, it is DENIED.

This 9 June 2015.

_____
W. Earl Britt
Senior U.S. District Judge